SHARON A. URIAS (SBN 180642)
sharon.urias@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: (480) 306-5458
Fax: (480) 306-5459

JAMEY R. CAMPELLONE (*Pro Hac Vice Anticipated*)
jamey.campellone@gmlaw.com
**GREENSPOON MARDER LLP**
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Tel: (954) 527-6296
Fax: (954) 333-4027

*Attorneys for Defendants*
*CarGuard Administration, Inc. and*
*Auto Services*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA CONSTANTINE <br><br> PLAINTIFF, <br><br> V. <br><br> CARGUARD ADMINISTRATION, INC. AND AUTO SERVICES <br><br> DEFENDANTS | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No.: 8:22-cv-00820-CJE-JDE

**DEFENDANT CARGUARD ADMINISTRATION, INC'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

**FED. R. CIV. P. 7.1; L.R. 7.1-1**

- 1 -

51232090.1

Defendant, CarGuard Administration, Inc ("CarGuard"), by and through the undersigned attorneys and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, hereby certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. CarGuard Administration, Inc. – Defendant;

2. Auto Services – Defendant; and

3. Angela Constantine – Plaintiff.

CarGuard further states that it has no parent corporation and that no publicly held corporation owns ten percent (10%) or more of CarGuard's stock.

Dated: July **27**, 2022.

Respectfully Submitted,

By: */s/ Sharon A. Urias*
SHARON A. URIAS (SBN 180642)
sharon.urias@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: (480) 306-5458
Fax: (480) 306-5459


By: */s/ Jamey R. Campellone*
JAMEY R. CAMPELLONE
(*Pro Hac Vice Anticipated*)
jamey.campellone@gmlaw.com
**GREENSPOON MARDER LLP**

51232090.1

200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Tel: (954) 527-6296
Fax: (954) 333-4027

*Attorneys for Defendants*
*CarGuard Administration, Inc. and*
*Auto Services*

51232090.1